**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:      Jason Boatwright v. The State of Texas

Appellate case number:   01-21-00571-CR

Trial court case number:  1667445

Trial court:                178th District Court of Harris County

　　　　The unopposed motion to reset oral argument is granted. Oral argument in this case will be reset from February 14, 2023 to February 28, 2023. Please refer to the court's amended notice of submission for further details.

　　　　It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
　　　　　　　　　　☒  Acting individually　　☐  Acting for the Court


Date:   ___January 19, 2023_____